632

*Messrs. Neil Burkinshaw, Paul D. Miller,* and *Erwin N. Griswold* for the United States.

No. 263. LOIZA SUGAR CO. *v.* PORTO RICO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. David A. Buckley, Jr.,* for petitioner. *Messrs. Wm. Cattron Rigby, Fred W. Llewellyn, Charles E. Winter,* and *Blanton Winship* for respondent.

No. 265. WARNER *v.* TENNESSEE PRODUCTS CORP. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Boyle, Jr.,* for petitioner. *Mr. S. E. Darby* for respondent.

No. 267. TRACY *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 268. HURON BUILDING CO. *v.* SAME. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *J. P. Jackson* for respondent.

No. 269. SIMON *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederic C. Scofield* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Melville Church,* and *Bradley B. Gilman* for the United States.